IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AT HOME AUTO GLASS, LLC A/A/O
JOSEPH BOSWELL,

       Appellant,

 v.

                                     Case No.  5D21-1116
                                     LT Case No. 2020-SC-025888-O

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

       Appellee.
_____/
Opinion filed November 15, 2022

Nonfinal Appeal from the County Court
for Orange County,
Amy Carter, Judge.

Earl I. Higgs, Jr., of Higgs Law, P.A.,
Orlando, for Appellant.

Lissette M. Gonzalez, of Cole, Scott
& Kissane, P.A., Miami, for Appellee.

PER CURIAM.

     AFFIRMED.  *NCI, LLC v. Progressive Select Ins.*, No. 5D21-1282,

2022 WL 16702296 (Fla. 5th DCA Nov. 4, 2022).

SASSO, TRAVER and NARDELLA, JJ., concur.